FILED LODGED
RECEIVED

AUG 23 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                              DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>DAVID MICHAEL NAVARRO,<br>Defendant. | NO. *MJ13-5185*<br><br>COMPLAINT FOR VIOLATION<br><br>18 U.S.C. §§ 2251(a), 2252(a)(2),<br>2252(a)(4)(B) |

BEFORE, The Honorable Karen L. Strombom, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

## COUNT 1
### (Production of Child Pornography)

Beginning on a date unknown, and continuing through no later than August 23, 2013, at Mason County, within the Western District of Washington, and elsewhere, DAVID MICHAEL NAVARRO did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

//
//

COMPLAINT/DAVID MICHAEL NAVARRO- 1

1

2

## COUNT 2
### (Receipt and Distribution of Child Pornography)

Beginning on a date unknown, and continuing through no later than August 23, 2013, at Mason County, within the Western District of Washington, and elsewhere, DAVID MICHAEL NAVARRO did knowingly receive and distribute, and attempt to receive and distribute, visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT 3
### (Possession of Child Pornography)

Beginning on a date unknown, and continuing until on or about August 23, 2013, at Mason County, within the Western District of Washington, and elsewhere, DAVID MICHAEL NAVARRO did knowingly possess matter that contained visual depictions the production of which involved the use of minors and prepubescent minors and minors who had not yet attained twelve years of age engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer

All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

And the Complainant states that this Complaint is based on the following information:

COMPLAINT/DAVID MICHAEL NAVARRO- 2

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since August 2012. I am currently assigned to the Seattle Division/Tacoma Resident Agency. I completed twenty-one weeks of training at the FBI academy, including legal, computer related crimes and investigative techniques. Prior to being a Special Agent, I was a prosecutor in the State of California for four years and gained training and experience in preparing and reviewing search warrants. During the course of this investigation, I have consulted with FBI SA Scott Saxon. SA Saxon has been employed by the FBI for 23 years, and has participated in numerous investigations into violations of the child pornography laws as set forth in 18 U.S.C. §§ 2251, 2252, and 2252A.

2.      The facts set forth in this Affidavit are based on the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including SA Saxon and other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that DAVID MICHAEL NAVARRO has committed violations of Title 18, United States Code, Sections 2251(a) (Production of Child Pornography), 2252(a)(2) (Receipt and Distribution of Child Pornography) and 2252(a)(4)(B) (Possession of Child Pornography).

## SUMMARY OF INVESTIGATION

3.      Police agencies in the United States and in other countries investigate the production, distribution and manufacture of child pornography. These investigations

COMPLAINT/DAVID MICHAEL NAVARRO- 3

1   include locating child pornography residing on websites that are known to be used to

2   trade child pornography. During June and July of 2013, a large number of files of

3   suspected child pornography were downloaded from the Internet by the Queensland

4   (Australia) Police for further analysis. Six of those files were videos that appeared to

    relate to a child victim referred to in two of the file titles as "Gina." These six video files

5   were titled as follows: "Gina 7yo.mp4," "Gina sucking ff at school.MOV,"

6   "MVI_1857.AVI," "MVI_1858.AVI," "MVI_1857.mp4," and MVI_1860.mp4. These

7   videos were described by the Australian investigator as depicting a young Hispanic girl

8   (hereinafter the "child victim") in different indoor settings. According to the investigator,

    the penis and hands of an adult male can be seen masturbating himself, placing his penis

9   in the child victim's mouth, and then ejaculating on her face. The child victim can also

10   be seen viewing child pornography on an Apple MacBook computer before undressing

11   and performing oral sex on the male.

12         4.     Independently, an investigator with the Danish National Police downloaded

13   three videos containing child pornography from a website known by law enforcement to

14   be associated with the sharing and distribution of child pornography. One of those video

    files was titled "Gina Sucking ff at school.mov." The Danish investigator determined the

15   video's EXIF data contained the GPS coordinates of the approximate location where the

16   video was produced, and the approximate date of its production. The GPS coordinates

17   identified the Belfair Elementary School, 22744 Washington 3, Belfair, Washington; the

18   video was recorded on an iPhone 5 in May 2013. The Danish investigator found an

19   additional "Gina" video on what appears to be this same website that depicts the child

    victim watching another video of child pornography, from the identified "Kait" series, on

20   a computer screen. The Danish investigator further determined that the child victim's

21   name is "Gina," that she is eight years old, that she purportedly has been abused by her

22   uncle since she was four years old, and that the location of the abuse was the "brother's

23   house." This information from the Danish investigator was reported on August 19, 2013,

24   COMPLAINT/DAVID MICHAEL NAVARRO- 4           UNITED STATES ATTORNEY
                                                        1201 PACIFIC AVENUE, SUITE 700
                                                        TACOMA, WASHINGTON 98402
                                                          (253) 428-3800

25

1    on an Interpol Specialist Working Group site and shared with other law enforcement

2    agencies around the world investigating child pornography.

3         5.    Upon learning of the information about "Gina" from the Danish

4    investigator, the Australian investigator reviewed his six downloaded videos again and

5    confirmed the EXIF data contained GPS coordinates that identified the approximate

6    location where the videos were made. His EXIF data analysis suggested the video file

     "Gina Sucking ff at school.MOV" was produced at a GPS location that corresponded to

7    the Belfair Elementary School in Belfair, Washington. Metadata was located in the video

8    file "Gina 7yo.mp4" which suggested the file was produced at a GPS location

9    corresponding to a residential address of in San Diego, California. The full address in

10   San Diego is known to me, but is not included for purposes of this Affidavit. Open

     source research conducted by the Australian investigator suggested a link between the

11   San Diego address and Belfair, Washington in that an individual named DAVID M.

12   NAVARRO was a prior occupant of the address in San Diego, California and was linked

13   to a residence in Belfair, Washington, as described in Paragraph 7, below.

14        6.    The investigation in Australia also located an email address of

15   "dpbluc17@yahoo.com," believed to be related to NAVARRO. This email address was

16   linked to an account on a website known by law enforcement to be used to post images

     and videos of child pornography. Images uploaded to that website under an account with

17   the user name "dpbluc17" depicted a number of young girls, including one who appears

18   to be "Gina."

19        7.    A check of FBI investigative records revealed a reference to the email

20   address "dpbluc17@yahoo.com." In February 2012, an FBI investigation found four

21   email messages sent between "dpbluc17@yhaoo.com" and another user. These messages

22   did not contain any images or videos of child pornography, but did contain one image of

23   a child. In or about February 2012, a subpoena was sent to Yahoo for the subscriber

24   COMPLAINT/DAVID MICHAEL NAVARRO- 5

25

1  records associated with the "dpbluc17@yahoo.com" email account. In response to the

2  subpoena, Yahoo provided an associated Internet protocol (IP) address, 24.113.200.67, a

3  subscriber name of an individual with the initials R.D.G. III, an address on NE Old

4  Belfair Highway, Belfair, Washington, and a telephone number of 360-***-****. The

   full subscriber name, address, and telephone number are known to me, but have been

5  redacted for purposes of this Affidavit. Based on SA Saxon's investigation, the address

6  on NE Old Belfair Highway appears to be that of NAVARRO's in-laws (hereinafter

7  referred to as "NAVARRO's in-laws' address"). Yahoo also provided information about

8  two secondary email accounts associated with the "dpbluc17@yahoo.com" email address
   of "navarro4642@sbcglobal.net" and "holister81@sbcglobal.net."

9

10      8.      The National Center for Missing and Exploited Children (NCMEC) had
   also found the "Gina" videos on the Internet and was working to identify the child victim.

11  NCMEC described the child victim in the "Gina" videos as a prepubescent Hispanic

12  female, based on her physical characteristics. NCMEC was then made aware of the

13  Danish National Police information concerning the "Gina" videos and NCMEC analysts
   reviewed the videos identified by the Danish police officer.

14

15      9.      Analysts with NCMEC independently studied the "Gina" videos identified

16  by the Danish National Police and the associated EXIF data for the video titled "Gina

17  Sucking ff at school.MOV." EXIF data from the video provided the GPS coordinates
   embedded in the video at the time it was made as "+47.4394-122.8345+030.641." This

18  information was listed as "Location ISO6709." The NCMEC analyst searched Google

19  maps for that location and found a related URL that represented latitude, longitude and

20  altitude. These coordinates were entered into Google Maps, and an address range of

21  22748-22822 Washington 3, Belfair, Washington 98528 was obtained. This address was
   similar to the address found by the Danish officer, described above in Paragraph 4.

22

23

24  COMPLAINT/DAVID MICHAEL NAVARRO- 6

25

10.    Because the file name indicated the video may have been produced at a school, and because the GPS coordinates appeared to resolve to a school building, another Google search was conducted by NCMEC analysts and four different schools in the Belfair area were found.  Each school name was searched by the analyst and it was determined the Belfair Elementary School has an address of 22900 NE State Route 3, Belfair, Washington.  State Route 3 and "Washington 3" appear to be the same road with just a different naming convention.  The street number 22900 fell just outside the range of the address range provided by Google Maps.

11.    NCMEC analysts also studied other videos in the "Gina" series.  According to the metadata in these videos, they were created in June and July of 2013 but the camera type could not be identified and no GPS information was found to identify the location where the videos were created.

12.    A review of an image-sharing web site believed to be hosted in a foreign country, and known by law enforcement to be used by individuals who post and trade child pornography, revealed an account with the user name "dpbluc17."  In that account were 14 images of two prepubescent females.  These images were provided for SA Saxon to review.  Three of the images were of a young, Hispanic female who appeared to be the same child victim in the videos from the "Gina" series.

13.    DAVID M. NAVARRO was located in the Washington State Department of Licensing (WSDOL) records and fully identified as DAVID MICHAEL NAVARRO, with a date of birth in1975, residing at NAVARRO's in-laws' address.  NAVARRO's full date of birth is known to me but is not included for purposes of this Affidavit.  According to the WSDOL records, NAVARRO has a 2008 Chevrolet, bearing Washington License AGD0895, registered at NAVARRO's in-laws' address.  The vehicle was also registered in the name of an individual with the initials N.R.N.  N.R.N.'s full name is known to me, but is not included for purposes of this Affidavit.  The

COMPLAINT/DAVID MICHAEL NAVARRO- 7

1   California Department of Motor Vehicles was also queried and a DAVID MICHAEL

2   NAVARRO with the same date of birth was located, with the address in San Diego,

3   California, referred to above in Paragraph 5.

4       14.    A criminal history check was conducted for DAVID MICHAEL

5   NAVARRO, which revealed an arrest on May 3, 2009 by the San Diego County Sheriff's

6   Office.  NAVARRO was charged with Lewd or Lascivious Acts with a Child under 14

    and Indecent Exposure, but both charges were dismissed for lack of sufficient evidence.

7       15.    A Facebook page for DAVID NAVARRO was found, named "N.-

8   DAVID."  The initial "N." is the first name of the individual referred to in Paragraph 13,

9   above.  A "profile photo" was available for viewing on Facebook, and it depicted five

10  children, two Hispanic boys, two Hispanic girls, and one Caucasian girl, all wearing

11  matching shirts.  One of the Hispanic girls, whose face is visible in the photograph,

12  closely resembles the child victim in the "Gina" series of child pornography videos.

    Another photo on the "N.-DAVID" Facebook page depicts a number of children standing

13  in front of a mummy display.  A young Hispanic girl is visible among the children.  This

14  young Hispanic girl closely resembles the Hispanic girl in the photograph of the children

15  wearing matching shirts, and again resembles the child victim in the "Gina" series of

16  child pornography videos.  SA Saxon believes that this young Hispanic girl is "Gina."

17      16.    SA Saxon reviewed screen shots from the video titled "Gina Sucking ff at

18  school.MOV," described above in Paragraphs 4 and 5 above as containing GPS

19  coordinates that resolved to the location of the Belfair Elementary School.  SA Saxon

    observed a young Hispanic girl (the "child victim") on the floor in front of an adult

20  male's uncircumcised penis, performing oral sex.  The child victim was on brown carpet,

21  which transitioned into brown-and-white checkered one-inch tiles.  The child victim was

22  wearing a tank top and a skirt or dress that had red and black horizontal stripes, bows or

23  ruffles on the front buttons, and a solid dark bottom.  A shoe or sandal with a white sole

24  COMPLAINT/DAVID MICHAEL NAVARRO- 8

25

was also visible. The male's uncircumcised penis appeared to be extended from his unzipped jeans with brown underwear with a small pattern visible.

17. SA Saxon also viewed screen shots taken from the video "MVI_1860.mp4," and saw the same child victim sitting naked on a toilet wearing only a black bracelet. The floor was gold in color with a square pattern, and a heater vent with some rust spots could be seen. In the video, the child victim performed oral sex on a male's uncircumcised penis. The male ejaculated on the child victim's face.

18. SA Saxon viewed screen shots taken from the video "MVI_1858.avi" and saw the same child victim sitting on a blue bedspread or blanket with another blue blanket with a white swirl pattern nearby. The child victim was wearing blue jeans with stitching or a pattern sewn on the back pocket and a dark blue shirt with white trim and an exposed white shirt with a collar and buttons. The child victim was viewing child pornography on a laptop computer that had a light base and dark keyboard. The child victim viewed the child pornography and then undressed, exposing her white underpants with pink trim before taking off all her clothing. The child victim then pulled down an adult male's pants and performed oral sex on the male's uncircumcised erect penis.

19. SA Saxon viewed screen shots taken from the video "MVI_1857.avi" and saw a girl who is similar in appearance to the child victim kneeling face down on a blue bedspread or blanket. The child victim was wearing only a red or pink bracelet or hair tie on her wrist. The book "Where the Wild Things Are," by Maurice Sendak, was on the bed next to her. An adult male was standing behind the child victim. The child victim spread her buttocks while the adult male masturbated his uncircumcised erect penis against her, eventually ejaculating on the child victim's back.

20. SA Saxon reviewed the videos described above in Paragraphs 17-19 because NCMEC analysis of the EXIF data revealed that "MVI_1858.mp4" was created on June 13, 2013, and "MVI_1860.mp4" was created on July 6, 2013. It is possible the

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   other MVI videos referred to above in Paragraph 3 were created near the same time at the

2   same place.

3        21.     On August 22, 2013, Mason County Detective Luther Pitman showed a

4   sanitized screen shot from the "MVI_1858.avi" video, described above in Paragraph 18,

5   to Belfair Elementary School counselor Melissa Monaghan. Ms. Monaghan recognized

6   the child victim as a girl with the initials V.N., who is a student at Belfair Elementary

    School. According to Ms. Monaghan, DAVID MICHAEL NAVARRO shares custody of

7   V.N. with her biological mother.

8        22.     On August 22, 2013, law enforcement interviewed a woman with the

9   initials O.N., DAVID MICHAEL NAVARRRO's ex-wife. O.N.'s full name is known to

10  me, but is not included for purposes of this Affidavit. O.N. reported that she and

11  NAVARRO were divorced in 2008 in San Diego, California. According to O.N.,

12  NAVARRO married N.R.N. and received permission from the California courts in

    November 2011 to move to Belfair, Washington, N.R.N.'s hometown. O.N. followed to

13  be near her children. O.N. reported that NAVARRO and N.R.N. initially lived with

14  N.R.N.'s parents at NAVARRO's in-laws' address. O.N. stated that NAVARRO

15  recently finished building a new home in Belfair, Washington, but stated that she had

16  never seen the home. One of her children told her it was a yellow house.

17       23.     Based on my training and experience, and the training and experience of

18  other law enforcement officers with whom I work on a daily basis, I know that iPhones

19  are not manufactured inside the State of Washington, meaning that it had to have traveled

    in interstate or foreign commerce before arriving in Mason County, Washington.

20                                    **CONCLUSION**

21       24.     Based on the above facts, I respectfully submit that there is probable cause

22  to believe that DAVID MICHAEL NAVARRO did knowingly and intentionally produce,

23

24  COMPLAINT/DAVID MICHAEL NAVARRO- 10

25

1   receive, distribute, and possess child pornography, in violation of Title 18, United States

2   Code, Sections 2251(a), 2252(a)(2), and 2252(a)(4)(B).

3                                                   Lisa O'Reilly, Complainant

4                                                   Special Agent, Federal Bureau of
                                                    Investigation

5

6          Based on the Complaint and Affidavit sworn to before me, and subscribed in my

7   presence, the Court hereby finds that there is probable cause to believe the Defendant

    committed the offenses set forth in the Complaint.

8          Dated this 23d day of August, 2013.

9

10                                                  KAREN L. STROMBOM

11                                                  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24   COMPLAINT/DAVID MICHAEL NAVARRO- 11                         UNITED STATES ATTORNEY
                                                                 1201 PACIFIC AVENUE, SUITE 700
                                                                 TACOMA, WASHINGTON 98402
25                                                               (253) 428-3800