UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHAEL NAVARRO,<br><br>Defendant. | **CASE NO. CR13-5525BHS**<br><br>**ORDER** |

On November 13, 2013, Apple, Inc. ("Apple") was ordered to assist law enforcement agents in the search of an Apple iPhone5 ("the iOS Device") by unlocking the iOS Device. A copy of that Order was sent to Apple on November 14, 2013, and again on November 18, 2013. On December 9, 2013, Apple responded to the Order and set a date of March 4, 2014, at 9:00 a.m., as the date on which it would comply.

Trial in this matter is set to begin on January 14, 2014.

IT IS HEREBY ORDERED that Apple comply with the Order and assist law enforcement agents by unlocking the iOS Device on or before January 6, 2014.

IT IS HEREBY FURTHER ORDERED that if Apple cannot unlock the iOS Device on or before January 6, 2014, Apple must show cause as to why it is unable to comply.

DONE this 16th day of December, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Marci L. Ellsworth
MARCI L. ELLSWORTH
Assistant United States Attorney

ORDER - 1
United States v. Navarro (CR13-5525BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800