Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5525BHS |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO SEAL |
| DAVID MICHAEL NAVARRO, | |
| Defendant. | |

Comes now the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marci Ellsworth, Assistant United States Attorney for said District, and files this Motion to Seal.

The government hereby requests that the Government's Sealed Supplemental Sentencing Memorandum for the Court's consideration, which will be filed under seal following this motion, be allowed to remain under seal due to the sensitive information contained therein.

DATED this 29th day of August, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney
Fax: (253) 428-3826
E-mail: marci.ellsworth@usdoj.gov

GOVERNMENT'S MOTION TO SEAL
*United States v. Navarro* (CR13-5525BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1

CERTIFICATE OF SERVICE

2

I hereby certify that on August 29, 2014, I electronically filed the foregoing with the

3

4

Clerk of the Court using the CM/ECF system which will send notification of such filing

5

to the attorney of record for the defendant.

6

*/s/Kelly M. Shirkey*
KELLY M. SHIRKEY

7

Legal Assistant

8

United States Attorney's Office
1201 Pacific Avenue, Suite 700

9

Tacoma, Washington 98402
Phone: 253-428-3800

10

FAX:   253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENT'S MOTION TO SEAL
*United States v. Navarro* (CR13-5525BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800